LONGKEN, INC., on Behalf of Itself and Others, Appellant, v. CITY OF LONG BEACH et al., Respondents.

(Submitted May 24, 1935; decided June 11, 1935.)

*Enos Throop Geer* for appellant.

*Lester H. Washburn* and *David B. Tolins* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.